BARNEY GALLIN, Appellant, *v.* ALLEMANNIA FIRE INSURANCE COMPANY et al., Respondents.

*Fire insurance — limitation of actions — failure to commence action within limitation contained in policy — failure to prove service of proper proofs of loss.*

Gallin v. Allemannia Fire Ins. Co., 184 App. Div. 876, affirmed.
(Submitted October 20, 1920; decided November 16, 1920.)

APPEAL from a judgment entered November 30, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover upon a policy of fire insurance. The policy required that an action thereupon be commenced within one year after the fire. It also provided that a loss should not become payable until sixty days after service of proofs of loss. It appeared that the fire occurred October 16, 1911, and that on October 16, 1912, a summons in this action was mailed to the superintendent of insurance, who received the same and admitted service October 17, 1912. It further appeared that within sixty days from the time of the fire purported proofs of loss were sent to defendants' agents but were returned with a statement of objection thereto. No other proofs of loss were served. The Appellate Division directed a dismissal of the complaint on the ground that the action was not commenced in time and that plaintiff had failed to prove service of proper proofs of loss.

*David Goldstein* for appellant.

*Arnold L. Davis* and *Guy C. Heater* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.